IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID GOUDIE and SEAN            08-CV-507-AC
FARMEN, individually and on
behalf of all others                 ORDER
similarly situated,

        Plaintiffs,

v.

CABLE COMMUNICATIONS,
INCORPORATED, incorporated in
the State of Nevada,

        Defendant.


A.E. BUD BAILEY
J. DANA PINNEY
CHEYENNE K. POWELSON
Bailey Pinney & Associates, LLC
Columbia Tech Center
1498 S.E. Tech Center Place
Suite 290
Vancouver, WA 98683
(306) 567-2551

        Attorneys for Plaintiffs

1- ORDER

**MITCHELL C. BAKER**
**SEAN M. DRISCOLL**
Fisher & Phillips, LLP
111 S.W. Fifth Avenue
Suite 1250
Portland, OR 97204
(503) 242-4262

        Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#36) on August 20, 2008, in which he recommends the Court grant Plaintiffs' Motion (#12) to Proceed as A Collective Action and to Facilitate Notice Pursuant to 29 U.S.C. § 216(b) and order the matter to proceed under conditional certification as set out in the Findings and Recommendation. Defendant filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

    This Court has carefully considered Defendant's Objections and concludes Defendant's Objections do not provide a basis to modify the Findings and Recommendation. The Court also has

2- ORDER

reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#36), **GRANTS** Plaintiffs' Motion (#12) to Proceed as A Collective Action and to Facilitate Notice Pursuant to 29 U.S.C. § 216(b), and **ORDERS** the action to proceed under conditional certification as set out in the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 14th day of October, 2008.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3- ORDER